# IN THE SUPREME COURT OF THE STATE OF NEVADA

IVAN VILLARREAL LOPEZ,
　　　　　　　Appellant,
　　　vs.
THE STATE OF NEVADA,
　　　　　　　Respondent.

No. 76468

FILED

AUG 0 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
　　DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Fourth Judicial District Court, Elko County; Alvin R. Kacin, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
　　Pickering

_____, J.
　　Gibbons

_____, J.
　　Hardesty

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

18-30729

cc: Hon. Alvin R. Kacin, District Judge
Elko County Public Defender
Attorney General/Carson City
Elko County District Attorney
Elko County Clerk
Ivan Villarreal Lopez